COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re City of Houston

Appellate case number:    01-19-01007-CV

Trial court case number:   2017-50825

Trial court:                  11th District Court of Harris County

On December 27, 2019, relator, the City of Houston, filed a motion for emergency relief, requesting that we stay the trial court's underlying proceedings, including trial scheduled for January 6, 2020. We deny relator's emergency motion. *See* TEX. R. APP. P. 52.10(b).

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
                ☒ Acting individually    ☐ Acting for the Court

Date: ___December 30, 2019_____